**UNITED STATES of America**

v.

**Errin SHEARD, Appellant.**

**No. 05–1295.**

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Jan. 13, 2006.

Filed: Feb. 22, 2006.

George S. Leone, Office of United States Attorney, Newark, NJ, Sabrina G. Comizzoli, for Appellee.

Christopher H. O'Malley, Office of Federal Public Defender, Camden, NJ, for Appellant.

Before: ROTH, FUENTES, and ROSENN,* Circuit Judges.

OPINION OF THE COURT

FUENTES, Circuit Judge.

While serving a sentence for bank robbery, Errin Sheard was convicted of simple assault against a corrections officer, Christopher Johnson. Sheard hit Johnson in the nose while the two were in a prison stairwell, and Johnson received medical treatment. Sheard testified at trial that he swung at Johnson in self-defense after Johnson hit him in the back of the head and tried to throw him to the ground. In support of his self-defense claim, Sheard attempted to cross-examine two government witnesses at trial about Johnson's reputation for aggressive behavior, but the District Court refused to allow the questioning. Sheard now appeals, arguing that the District Court should not have excluded this line of cross-examination.[1]

This Court reviews a District Court's decision on the admissibility of evidence for abuse of discretion. *United States v. Serafini*, 233 F.3d 758, 768 n. 14 (3d Cir. 2000). However, we exercise plenary review over the Court's construction of the Federal Rules of Evidence. *United States v. Johnson*, 388 F.3d 96, 100 (3d Cir.2004).

After considering the record and the submissions of the parties, we conclude that Sheard's claims on appeal are without merit. The judgment of the District Court is affirmed.

---

* Judge Rosenn passed away before the release of this opinion.

1. The District Court had jurisdiction over this federal criminal case pursuant to § 18 U.S.C. 3231. This Court has jurisdiction over Sheard's appeal pursuant to 28 U.S.C. § 1291.